FILED'10 AUG 23 13:36 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SCOTT CHANCEY,

    Plaintiff,

v.

WASHINGTON MUTUAL ASSET BACKED
CERTIFICATES WMABS SERIES 2007-
HE2 TRUST ISSUING ENTITY; et al,

    Defendants.

Civ. No. 10-3007-CL

**ORDER**

**PANNER, District Judge**:

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation [#22]. As

1 - ORDER

stated in the Report and Recommendation, plaintiff's TARP claim is DISMISSED with prejudice.  Plaintiff's claims against Chase and Washington Mutual are DISMISSED with prejudice.  Plaintiff is granted 30 days to amend the complaint to name the FDIC as a party.  Plaintiff should note that under Local Rule 83-10, he has an ongoing duty to notify the Clerk of Court of any changes in his mailing address.  Should the clerk receive undeliverable mail as a result of a failure to notify the clerk of any change in mailing address, the court may, after 60 days, dismiss the complaint, strike the pleadings, or enter a default.  See Local Rule 83-12.

IT IS SO ORDERED.

DATED this 23 day of August, 2010.

_____
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER